**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7                     IN THE UNITED STATES DISTRICT COURT

8                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                              SAN JOSE DIVISION

10   Melina Razavi,                          NO. C 05-05298 JW
                                             NO. C 06-00473 JW
11                   Plaintiff,              NO. C 08–05552 PVT
          v.
12                                           **ORDER FINDING CASES NOT RELATED**
     Melissa Razavi, et al.,
13
                     Defendants.
14   _____/

15   Kurt Haefer, et al.,

16                   Defendants.
17   _____/

18   Alex Nguyen, et al.,

19                   Defendants.
     _____/

20          Presently before the Court is a judicial referral to consider whether <u>Razavi v. Nguyen</u>, C 08-

21   05552 PVT is related to <u>Razavi v. Razavi</u>, C 05-5298 JW and <u>Razavi v. Haefer</u>, C 06-00473 JW.

22          Pursuant to Civ. L.R. 3-12(a), cases are related where (1) the actions concern substantially

23   the same parties, property, transaction or event, and (2) it appears likely that there will be an unduly

24   burdensome duplication of labor and expense or conflicting results if the cases are conducted before

25   different judges.

26          Although the parties in each case overlap to the extent that Melina Razavi has brought each

27   of them, <u>Razavi v. Nguyen</u> concerns a different set of defendants.  Further, the Complaint in <u>Razavi</u>

28   <u>v. Nguyen</u> concerns factual allegations that are entirely independent and distinct from the

United States District Court

For the Northern District of California

1    transactions and events at issue in the <u>Razavi v. Razavi</u> and <u>Razavi v. Haefer</u> cases.  Thus, it is not

2    likely there will be an unduly burdensome duplication of labor and expense or conflicting results if

3    the cases are conducted before different judges.

4            Accordingly, the Court finds that <u>Razavi v. Nguyen</u>, C 08-05552 PVT is not related to

5    <u>Razavi v. Razavi</u>, C 05-5298 JW or <u>Razavi v. Haefer</u>, C 06-00473 JW.

6

7

8    Dated:  February 10, 2009                          _____

9                                                        JAMES WARE
                                                         United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                           2

United States District Court
For the Northern District of California

1    **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2    Melina Razavi
     4501 Snell Avenue
3    Apt. #2804
     San Jose, CA 95136
4

5
     **Dated:  February 10, 2009**                    **Richard W. Wieking, Clerk**
6

7                                                      **By:      /s/ JW Chambers**
                                                              **Elizabeth Garcia**
8                                                             **Courtroom Deputy**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28