**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Melina Razavi, | NO. C 05-05298 JW |
|       Plaintiff,<br>v. | **ORDER OF DISMISSAL PURSUANT TO FED. R. CIV. P. 4(m) and 41(b)** |
| Melissa Razavi, et al., | |
|       Defendants. | |

Plaintiff filed this action on December 21, 2005. (See Docket Item No. 1.) On January 25, 2006, the Court denied Plaintiff's motion to proceed *in forma pauperis*, denied Plaintiff's motion to appoint counsel, without prejudice, and dismissed her Complaint with leave to amend. (See Docket Item No. 9.) Plaintiff filed an Amended Complaint on February 28, 2006. (See Docket Item No. 10.) Plaintiff has failed to serve any Defendants in accordance with Fed. R. Civ. P. 4(m), and has taken no action in this case other than filing a letter addressed to Chief Judge Walker on June 30, 2006 requesting a transfer of this case. (See Docket Item No. 10.)

On February 26, 2009, the Court issued an Order to Show Cause re: Dismissal and set a hearing for March 16, 2009. (See Docket Item No. 16.) Plaintiff failed to appear or otherwise communicate with the Court. It appears that Plaintiff has abandoned this action.[1] Accordingly, the Court ORDERS this action dismissed pursuant to Fed. R. Civ. P. 4(m) for failure to timely serve Defendants. In addition, since Plaintiff has ignored all of the Court's orders, the Court dismisses

---

[1] Plaintiff has also failed to update the Court with her current address.

1 this action pursuant to Fed. R. Civ. P. 41(b), which is a dismissal on the merits for lack of
2 prosecution.
3       Judgment shall be entered accordingly.

5 Dated: March 25, 2009                  _____
6                                                              JAMES WARE
                                                             United States District Judge

**United States District Court**
For the Northern District of California

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Melina Razavi
4501 Snell Avenue, Apt. #2804
San Jose, CA 95136

**Dated: March 25, 2009**                                        **Richard W. Wieking, Clerk**

**By:       /s/ JW Chambers**
          **Elizabeth Garcia**
          **Courtroom Deputy**

United States District Court
For the Northern District of California